IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WESLEY J. TURNER, ) | |
| ) | |
| Plaintiff, ) | 8:09CV116 |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | ORDER |
| of the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the court on plaintiff's motion to proceed in forma pauperis, Filing No. 2. Plaintiff appeals a finding by the defendant that he is not entitled to Social Security benefits. The court has carefully reviewed the motion and finds plaintiff is indigent and is entitled to proceed in forma pauperis.

THEREFORE, IT IS ORDERED that plaintiff's motion to proceed in forma pauperis, Filing No. 2, is granted.

DATED this 2nd day of April, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge