IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WESLEY J. TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV116 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's motion for attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  Filing No. 23.  Pursuant to 42 U.S.C. § 405(g), the court entered an order and judgment reversing the Administrative Law Judge and awarding Social Security benefits to the plaintiff.  Filing No. 21 and Filing No. 22.  Thereafter, the plaintiff filed this motion for attorney fees with an accompanying affidavit and brief.  Filing No. 23, Filing No. 24 and Filing No. 25.  The plaintiff requests compensation for 11.15 hours of attorney time, at a rate of $125.00 per hour, for a total of $1,923.37.  Defendant does not object to the plaintiff's motion for fees or to the amount of fees requested. Filing No. 26.

The court concludes that the plaintiff is a "prevailing party" who is entitled to a reasonable attorney fee award.  The court has conducted an independent evaluation of the statement for professional services by considering the hourly rate charged by the attorney and has analyzed the number of hours expended on the case and the type of work performed and has determined that 11.15 hours of attorney time for this case is reasonable. See *Hensley v. Eckerhart*, 461 U.S. 424, 434 (1983).

The court has carefully reviewed the record and, in particular, the itemized amounts set forth in Filing No. 24. The court concludes that the amount of $1,923.37 is a reasonable attorney fee in this matter.

THEREFORE, IT IS ORDERED that the plaintiff's motion for attorney fees, Filing No. 23, is granted. The plaintiff is awarded attorney fees in the amount of $1,923.37. A separate judgment is entered in accordance with this memorandum and order.

DATED this 14th day of April, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.